IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. ) CR. NO. 2:07cr16-SRW<br>) (18 U.S.C. 641)<br>JOSEPHINE MURRY )<br>)<br>) **INFORMATION**<br>) | |

The United States Attorney charges:

<u>COUNT</u>

On or about the 30th day of November 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **JOSEPHINE MURRY** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

*/s/ Kent Brunson*
KENT BRUNSON
Assistant United States Attorney

*/s/ Reese H. Hays III*
REESE H. HAYS III
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

[Stamp: RECEIVED 2007 JAN 24 A 10:57 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT]

| | |
|---|---|
| STATE OF ALABAMA           ) | |
|                            ) | **AFFIDAVIT** |
| COUNTY OF MONTGOMERY        ) | |

The undersigned, being first duly sworn, deposes and says:

    I, ROBERT G. SMITH, am employed by the Army Air Force Exchange Service (AAFES) at Maxwell Air Force Base as a store detective. On or about 30 November 2006, via closed circuit monitors, I observed JOSEPHINE MURRY and her daughter, DOMINIQUE MURRY, in the women's clothing section of the store. The pair selected a white blouse and hung it on the outside of the discount clothing rack. The price could be seen clearly and it had a green 25% discount sticker on it. The pair went into the women's fitting room with the blouse and another item. When they emerged from the dressing room a few minutes later, the white blouse had a red 50% discount sticker on it. Both continued to shop around and DOMINIQUE MURRY selected a pair of blue jeans from a rack that was not a discounted rack. She started into the fitting room. It could be seen that there was no discount sticker on the price tag. The mother, JOSEPHINE MURRY, took a pair of brown pants that had a 50% sticker on it and they went into the fitting room. When they came out, there was a discount sticker on the jeans. They hung the brown pants back on the discount rack. When it was checked, there was no discount sticker on the brown pants. When the pair went through central checkout, JOSEPHINE MURRY paid a discount price for both items. They were stopped in the lobby area, identified and escorted to the security office. When asked, JOSEPHINE MURRY started for her ID card, but then denied she had her ID card. She gave up DOMINIQUE's ID card. JOSEPHINE MURRY was very uncooperative. Once in the security office, Security Forces was called and responded. Once security Forces arrived, JOSEPHINE MURRY was advised of her rights in accordance with 5th Amendment of the United States Constitution. JOSEPHINE MURRY acknowledged her rights and made a statement. DOMINIQUE MURRY was advised of her rights in accordance with the Alabama Juvenile Rights form and acknowledged her rights and made no statement. The money JOSEPHINE MURRY paid for the pants and blouse was refunded.

*Robert G. Smith*
ROBERT G. SMITH

Subscribed and sworn to before me this 18th day of January, 2007.

AUDREY FAYE GRIFFIN
Notary Public
STATE OF ALABAMA

*Audrey F. Griffin*
AUDREY F. GRIFFIN
Notary Public
State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS