IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | CASE NO: 2:07-CR-16-SRW |
| | ) | |
| **JOSEPHINE MURRY** | ) | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Robert M. Illman, and enters his appearance as counsel for **JOSEPHINE MURRY** in the above-styled matter.

Dated this 28th day of February 2007.

Respectfully submitted,

s/Robert M. Illman
**ROBERT M. ILLMAN**
**AL BAR NO.: ILL007**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Robert_Illman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Kent Brunson
Assistant U.S. Attorney
One Court Street, Suite 201
Montgomery, AL 36104

Reese Hays, III
Special Assistant U.S. Attorney
50 LeMay Plaza South
Maxwell AFB, AL 36112

        **s/Robert M. Illman**
        **ROBERT M. ILLMAN**
        **AL BAR NO.: ILL007**
        Attorney for Defendant
        Federal Defenders
        Middle District of Alabama
        201 Monroe Street, Suite 407
        Montgomery, AL 36104
        TEL:  (334) 834-2099
        FAX:  (334) 834-0353
        E-Mail: Robert_Illman@fd.org