**COURTROOM DEPUTY'S MINUTES**          DATE: March 6, 2007

**MIDDLE DISTRICT OF ALABAMA**          DIGITAL RECORDING: 10:24 - 10:30

❑ **ARRAIGNMENT**          √**CHANGE OF PLEA**          ❑ **CONSENT PLEA**

❑ **RULE 44(c) HEARING**          ❑ **SENTENCING**

---------------------------------------------------------------------------------------------------------------

PRESIDING MAG. JUDGE: Susan Russ Walker          DEPUTY CLERK: Joyce Taylor

CASE NUMBER: 2:07cr16-SRW          DEFENDANT NAME: Josephine Murry

AUSA: L. Amber Brugnoli          DEFENDANT ATTORNEY: Patricia Kemp

Type counsel ( )Waived; ( )Retained; ( )CJA; ( √ )FPD

( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO:

Interpreter present? ( )NO; ( )YES          Name:

---------------------------------------------------------------------------------------------------------------

√This is defendant's **FIRST APPEARANCE.**

❑ **Financial Affidavit executed. ORAL MOTION for appointment of Counsel.**

❑ **ORAL ORDER appointing Federal Public Defender.  Notice of Appearance to be filed.**

❑ **WAIVER OF INDICTMENT** executed and filed.

❑ **INFORMATION** filed.

❑ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**          √**Not Guilty**

          ❑ **Guilty as to:**

                    ❑ **Count(s):**

                    ❑ **Count(s):**                    ❑ **dismissed on oral motion of USA**

                                                            ❑ **to be dismissed at sentencing**

❑ Written plea agreement filed    ❑ **ORDERED SEALED**

❑ **ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.**

√ CRIMINAL TERM:  **May 7, 2007**                    ❑ WAIVER OF SPEEDY TRIAL filed.

                    **DISCOVERY DISCLOSURE DATE: March 6, 2007**

❑ **ORDER:** Defendant continued under ❑ same bond; ❑ summons; for:

                    ❑ Trial on _____; ❑ Sentencing on _____

❑ **ORDER:** Defendant remanded to custody of U. S. Marshal for:

                    ❑ Trial on _____; or ❑ Sentencing on _____

❑ Rule 44 Hearing:  ❑ Waiver of Conflict of Interest Form executed

                    ❑ Defendant requests time to secure new counsel