IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr016-SRW |
| | ) | |
| JOSEPHINE MURRY | ) | |

## **ORDER**

Upon consideration of defendant's motion to compel, or, in the alternative, motion to dismiss (Doc. # 13), filed April 16, 2007, and for good cause, it is

ORDERED that the government shall file a response to the motion on or before April 19, 2007.

DONE, this 17th day of April, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE