IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO.: 2:07-cr-00016-SRW |
| | ) |
| JOSEPHINE MURRY | ) |

**GOVERNMENT'S RESPONSE TO MOTION TO COMPEL OR, IN THE ALTERNATIVE, MOTION TO DISMISS**

**COMES NOW** the United States, pursuant to Rule 16, *Federal Rules of Criminal Procedure*, and your discovery request.  The government responds that this Honorable Court neither compel the production of these items because they are not in the government's possession and unavailable nor dismiss the charge because they are not exculpatory.  In support of this response the government submits the following:

1. The government had previously provided all of its discoverable information and items during the arraignment on March 6, 2007.

2. The two articles of clothing were returned to AAFES after a photograph was taken of them and are now unavailable.  After I spoke with Ms Jennifer Hart on 16 April 2007 I contacted security forces and confirmed that the items of clothing were no longer in the government's possession and arranged for a fax of the photo to be sent to counsel for the defense.  The original photo can be made available for viewing by defense and/or a better copy can be provided to them if they desire.

3. The government has complied with Rule 16(a)(1)(E), Fed. R. Crim. P., by "permit[ing] the defendant to inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects…or copies of portions of any these items,

if the item is within the government's possession, custody, or control and: (1) the item is material to preparing the defense." Furthermore, the government has complied with this Court's February 4, 1999, Standing Order on Criminal Discovery by delivering to the defense counsel all of the material within the scope of *Brady v. Maryland*, 373 U.S. 83 (1963), and *United States v. Giglio*, 405 U.S. 150 (1972).

4.     Defense has failed to articulate any way in which the evidence they seek could have exculpatory value.  The evidence already provided to the defense in this case includes a tape which shows the two items in the defendant's possession prior to taking them into a changing room, one with a green sticker on the price tag and the other with no color coded sticker on the price tag, and showing upon exiting the changing room that the two items had red discount stickers on them.  The affidavit from the store detective describes how the color coding on the discount stickers indicates the amount of discount, green for 25% and red for 50%.  The affidavit also states that the defendant paid the discounted price for the items.  There is no way in which the stickers or clothing could have exculpatory value under these circumstances.

5.     For these reasons, the sanction of dismissal requested by defense counsel is unwarranted in this situation.

Dated this 19th day of April 2007.

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/KENT B. BRUNSON
    Kent B. Brunson
    Post Office Box 197
    Montgomery, Alabama 36104
    Phone: 334-223-7280
    FAX: 334-223-7135
    E-mail: kent.brunson@usdoj.gov

    /s/ Neal B. Frazier
    NEAL B. FRAZIER
    Special Assistant United States Attorney
    42 ABW/JA
    50 LeMay Plaza South
    Maxwell AFB AL  36112-6334
    (334) 953-2786/2789

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO.: 2:07-cr-16-SRW |
| ) | |
| JOSEPHINE MURRY ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Robert Illman, Esq.

Respectfully submitted,

/s/KENT B. BRUNSON
Kent B. Brunson
Post Office Box 197
Montgomery, Alabama 36104
Phone: 334-223-7280
FAX: 334-223-7135
E-mail: kent.brunson@usdoj.gov


/s/Neal Frazier
NEAL FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB AL  36112-6334
(334) 953-2786/2789