IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:07-cr-16-SRW |
| | ) |
| JOSEPHINE MURRY | ) |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Neal B. Frazier, and enters his appearance on behalf of the United States of America, in the above styled case.

Dated this 19th day of April, 2007.

Respectfull submitted,

*/s/ Kent Brunson*

for  Neal B. Frazier
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB AL  36112-6334
(334) 953-2786/6735

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-16-SRW |
| | ) | |
| JOSEPHINE MURRY | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 19th day of April, 2007, I have hand delivered the foregoing with the Clerk of the Court and I hereby certify that I have mailed by United States Postal Service the document to the following: Robert Illman, Esq., 201 Monroe Street, Suite 407, Montgomery, Alabama 36104.

Respectfully submitted,

Kent Brunson
p/o/ Neal B. Frazier
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  334-953-2786/6735
Fax:  334-953-2787