IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr016-SRW |
| | ) | |
| JOSEPHINE MURRY | ) | |

**ORDER**

Upon consideration of defendant's motion to compel or dismiss and the government's response (Doc. # 13), and for good cause, it is

ORDERED that the motion is set for an evidentiary hearing on June 11, 2007 at 3:00 p.m. in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. In order to allow appropriate time for consideration of the preservation of evidence issue,[1] it is further

ORDERED that the trial of this case is hereby continued,[2] and it is reset for trial on the next available misdemeanor term commencing July 9, 2007. If the parties desire to submit further briefing, they may do so on or before May 28, 2007.

DONE, this 20th day of April, 2007.

---

[1] See Arizona v. Youngblood, 488 U.S. 51 (1988); California v. Trombetta, 467 U.S. 479 (1984).

[2] The Speedy Trial Act excludes from the relevant 70 day period any continuance that the judge grants "on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A). The court concludes upon the pleadings and its knowledge of this case that the ends of justice will be served by continuing this case for consideration of the pending motion.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE