IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07cr16-SRW |
| | ) | |
| JOSEPHINE MURRY | ) | |

**ORDER**

For good cause, it is

ORDERED that the evidentiary hearing previously scheduled for June 11, 2007 be and hereby is **RESCHEDULED for 3:00 p.m. on June 8, 2007.**

DONE, this 30th day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE