IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07cr16-SRW |
| | ) | |
| JOSEPHINE MURRY | ) | |

**ORDER**

For good cause, it is

ORDERED that, on or before June 15, 2007, the government shall file the original of the photograph admitted as Defendant's Exhibit A at the evidentiary hearing held in this case on June 8, 2007.

DONE, this 14th day of June, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE