IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-16-SRW |
| | ) | |
| JOSEPHINE MURRY | ) | |

## MOTION TO WITHDRAW

**COMES NOW** the undersigned counsel and requests withdrawal from the above-captioned matter.  On the upcoming trial date of July 9, 2007, I have a conflicting court appearance.

Respectfully submitted this 15th day of June, 2007.

Respectfully submitted,

s/L. Amber Brugnoli
L. AMBER BRUGNOLI
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB AL  36112-6334
(334) 953-2786/6035

CERTIFICATE OF SERVICE

I hereby certify that on this date of June 15, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

s/L. Amber Brugnoli
L. AMBER BRUGNOLI
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  334-953-2786/6035

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 2:07-cr-16-SRW** |
| | ) | |
| **JOSEPHINE MURRY** | ) | |

### **ORDER**

Upon consideration of Government's Motion to Withdraw filed on June 15, 2007, it is ORDERED that the motion is GRANTED.

DONE, this \_\_\_\_ day of June, 2007.

/s/Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE