IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07-cr-16-SRW |
| ) | |
| JOSEPHINE MURRY ) | |

## MOTION TO WITHDRAW

**COMES NOW** the undersigned counsel and requests withdrawal from the above-captioned matter. On the upcoming trial date of July 9, 2007, I have a conflicting court appearance.

Respectfully submitted this 15th day of June, 2007.

Respectfully submitted,

s/L. Amber Brugnoli
L. AMBER BRUGNOLI
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB AL 36112-6334
(334) 953-2786/6035

### CERTIFICATE OF SERVICE

I hereby certify that on this date of June 15, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

s/L. Amber Brugnoli
L. AMBER BRUGNOLI
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/6035

**MOTION GRANTED**

THIS 15th DAY OF June, 20 07

UNITED STATES MAGISTRATE JUDGE