IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:07-cr-16-SRW |
| | ) |
| JOSEPHINE MURRY | ) |

*RECEIVED 2007 JUN 15 P 1:09 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA*

## NOTICE OF COMPLIANCE WITH COURT ORDER

**COMES NOW** the undersigned counsel, Reese H. Hays, and in compliance with this honorable court's order dated June 14, 2007, files the original photograph admitted as Defendant's Exhibit A at the evidentiary hearing held in this case on June 8, 2007.

Dated this 15th day of June, 2007.

Respectfully submitted,

_____
REESE H. HAYS
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB AL  36112-6334
(334) 953-2786/6035

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 2:07-cr-16-SRW |
| | ) | |
| **JOSEPHINE MURRY** | ) | |

### CERTIFICATE OF SERVICE

    I hereby certify that that on June 15, 2007, I have filed the foregoing with the Clerk of the Court by hand-delivery and I have hand delivered a copy to Robert Illman, Assistant Federal Defender, 201 Monroe St., Suite 407, Montgomery, Alabama, 36104.

Respectfully submitted,

_____
REESE H. HAYS
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB AL 36112-6334
(334) 953-2786/6035