**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:07-CR-16-SRW** |
| | ) | |
| **JOSEPHINE MURRY** | ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

**NOW COMES** the Defendant, by and through the undersigned counsel, Robert M. Illman and pursuant to 18 U.S.C. § 3161 (h) respectfully moves this Court to move this matter for trial from the July 9, 2007 trial docket.

In support of this Motion, defendant would show:

1. On April 16, 2007, the Defendant filed a Motion To Compel or, In The Alternative, Motion To Dismiss. (Doc. #13).

2. On April 19, 2007, the Government filed its Response to the Defendant's Motion. (Doc. #15).

3. On April 20, 2007, this Court set a hearing on the Motions for June 8, 2007, and continued the date of trial to the July 9, 2007 trial docket. (Doc. #17). At the June 8, 2007 hearing, the Court determined that the Motion to Compel was moot and proceeded to hear arguments and receive evidence in support of the Motion to Dismiss.

4. On June 14, 2007, this Court ordered the Government to file the original photograph admitted as Exhibit A during the Motion hearing. (Doc #20).

5. Based on the original Order on Arraignment (Doc #12), any requested voir dire,

jury instructions and/or motions in limine and supporting briefs, must be filed no later than one week before jury selection, or July 2, 2007.

6. The Court's decision on the Defendant's Motion may be issue dispositive or may affect trial preparation. Therefore, the Defendant requests that this Court continue the case to the next available misdemeanor trial term, thus affording the Court time for a full review of the evidence and the arguments presented. Further, depending on the Court's ruling, such a continuance would allow the parties time to discuss a possible resolution of the case.

7. The Government, by and through Special Assistant United States Attorney, Captain Reese Hays, Esq., has no objection to the granting of the continuance.

8. The granting of the continuance would serve the interests of justice and best serve this Court's judicial function.

**WHEREFORE**, defendant respectfully requests that this Motion be granted.

Respectfully submitted,

**s/Robert M. Illman**
**ROBERT M. ILLMAN**
**AL BAR NO.: ILL007**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Robert_Illman@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Kent Brunson
Assistant U.S. Attorney
One Court Street, Suite 201
Montgomery, AL 36104

Reese Hays, III
Special Assistant U.S. Attorney
50 LeMay Plaza South
Maxwell AFB, AL 36112

                                       **s/Robert M. Illman**
                                       **ROBERT M. ILLMAN**
                                       **AL BAR NO.: ILL007**
                                       Attorney for Defendant
                                       Federal Defenders
                                       Middle District of Alabama
                                       201 Monroe Street, Suite 407
                                       Montgomery, AL 36104
                                       TEL:  (334) 834-2099
                                       FAX:  (334) 834-0353
                                       E-Mail: Robert_Illman@fd.org