IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:07-CR-16-SRW** |
| | ) | |
| **JOSEPHINE MURRY** | ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Kevin L. Butler, and enters his appearance on behalf of Defendant, **JOSEPHINE MURRY**, in the above-styled case.

Dated this 4th day of September, 2007.

                              Respectfully submitted,

                              s/ Kevin L. Butler
                              KEVIN L. BUTLER
                              First Assistant Federal Defender
                              201 Monroe Street, Suite 407
                              Montgomery, Alabama 36104
                              Phone: (334) 834-2099
                              Fax: (334) 834-0353
                              E-mail: kevin_butler@fd.org
                              AZ Bar Code: 014138

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:07-CR-16-SRW** |
| | ) | |
| **JOSEPHINE MURRY** | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 4, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson
Assistant U.S. Attorney
One Court Street, Suite 201
Montgomery, AL 36104

Reese Hays, III
Special Assistant U.S. Attorney
50 LeMay Plaza South
Maxwell AFB, AL 36112

    Respectfully submitted,

    s/ Kevin L. Butler
    KEVIN L. BUTLER
    First Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: kevin_butler@fd.org
    AZ Bar Code: 014138