IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:07-CR-16-SRW |
| | ) | |
| JOSEPHINE MURRY | ) | |

## MOTION TO WITHDRAW COUNSEL

**COMES NOW** the Federal Defender for the Middle District of Alabama, Christine A. Freeman, and moves to withdraw **Robert M. Illman** as a counsel of record in this matter.

Mr. Illman entered a Notice of Appearance as counsel for the defendant Josephine Murry, in his capacity as an Assistant Federal Defender. As Mr. Illman is no longer employed as an Assistant Federal Defender for the Middle District of Alabama, he should be relieved as counsel.

Other counsel from the Office of the Federal Defender have already entered appearances in this matter on behalf of the Defendant.

Dated this 4th day of September, 2007.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Kent Brunson
Assistant U.S. Attorney
One Court Street, Suite 201
Montgomery, AL 36104

Reese Hays, III
Special Assistant U.S. Attorney
50 LeMay Plaza South
Maxwell AFB, AL 36112

                                      **s/Christine A. Freeman**
                                      **CHRISTINE A. FREEMAN**
                                      **TN BAR NO.: 11892**
                                      Attorney for Larry Lee
                                      Federal Defenders
                                      Middle District of Alabama
                                      201 Monroe Street , Suite 407
                                      Montgomery, AL 36104
                                      TEL: (334) 834-2099
                                      FAX: (334) 834-0353
                                      E-Mail: Christine_Freeman@fd.org