IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | **CR. NO. 2:07-cr-16-SRW** |
| ) | |
| **JOSEPHINE MURRY** ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, **Satura McPherson**, and enters her appearance on behalf of the Plaintiff, United States of America, in the above styled case.

Dated this 5th day of September, 2007.

Respectfully submitted,

**s/Satura McPherson**
SATURA McPHERSON
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB AL  36112-6334
Telephone:  (334) 953-2786
Fax:  (334) 953-2787

CERTIFICATE OF SERVICE

I hereby certify that on this date of September 5, 2007, I have electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to counsel of record.

**s/Satura McPherson**
SATURA McPHERSON
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  334-953-2786/6035
Fax:  334-953-2787