### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:07-CR-16-SRW |
| | ) | |
| JOSEPHINE MURRY | ) | |

### MOTION TO WITHDRAW COUNSEL

**COMES NOW** the Federal Defender for the Middle District of Alabama, Christine A. Freeman, and moves to withdraw **Robert M. Illman** as a counsel of record in this matter.

Mr. Illman entered a Notice of Appearance as counsel for the defendant Josephine Murry, in his capacity as an Assistant Federal Defender. As Mr. Illman is no longer employed as an Assistant Federal Defender for the Middle District of Alabama, he should be relieved as counsel.

Other counsel from the Office of the Federal Defender have already entered appearances in this matter on behalf of the Defendant.

Dated this 4th day of September, 2007.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**MOTION GRANTED**

THIS 5th DAY OF September ,20 07

UNITED STATES MAGISTRATE JUDGE