## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:07-CR-16-SRW |
| | ) | |
| JOSEPHINE MURRY | ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

NOW COMES the Defendant, Josephine Murry, by and through the undersigned counsel, Kevin L. Butler, and pursuant to 18 U.S.C. §§ 3161(h)(1)(F), (h)(1)(I), (h)(8)(B)(i) and (h)(8)(B)(iv), respectfully moves this Court to continue trial in this matter from the September 17, 2007 trial docket.  In support of this Motion, defendant would show:

1. Ms. Murry is charged with theft of government property

2. Ms. Murry was previously represented by Robert Illman of the Federal Defender Office.  On August 31, 2007, Mr. Illman left employment with the office.

3. On August 31, 2007, this Court issued an order denying a motion to compel evidence or dismiss the case.  (Docket # 27).

4. Undersigned counsel has not had an opportunity to speak with the prosecutor regarding a potential resolution or discovery inspection.

5. It in the interest of justice to continue trial in this case to allow undersigned counsel time to review the file and respond, if necessary, to the Court's order, conduct pretrial negotiations and prepare for any potential trial.

6. All of these matters cannot be conducted on or before the September 17 trial date.

7. Counsel for the Government, Satura McPherson, Esquire, does not oppose this request for

continuance.

8.      Requests for a continuance of trial are addressed to the sound discretion of the trial court. *United States v. Darby*, 744 F.2d 1508, 1521 (11th Cir. 1984), reh. denied 749 F.2d 733, cert. denied 471 U.S. 1100 (1985). Additionally, pursuant to 18 U.S.C. §§ 3161(h)(1)(F), (h)(1)(I), (h)(8)(B)(i) and (h)(8)(B)(iv) it is in the interest of justice and within the discretion of the trial court to continue trial of this matter when the complex nature of a case necessitates granting the parties additional time to prepare the negotiated plea agreement to be considered by the court.

WHEREFORE, Defendant respectfully requests that this Motion To Continue Trial be granted and that this Motion be sealed.

Dated this 7th day of September, 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN  DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **V.** | **)** | **CASE NO: 2:07-CR-16-SRW** |
| | **)** | |
| **JOSEPHINE MURRY** | **)** | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson
Assistant U.S. Attorney
One Court Street, Suite 201
Montgomery, AL 36104

Satura McPherson, Esquire
Special Assistant U.S. Attorney
50 LeMay Plaza South
Maxwell AFB, AL 36112

Respectfully submitted,


s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138