IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-16-SRW |
| | ) | |
| **JOSEPHINE MURRY** | ) | |

## MOTION TO WITHDRAW

**COMES NOW** the undersigned counsel and requests withdrawal from the above-captioned matter.   He has been reassigned to another legal office and is no longer involved with the office prosecuting this matter.

Respectfully submitted this 12th day of September, 2007.

Respectfully submitted,

s/REESE H. HAYS III
REESE H. HAYS III
Special Assistant U.S. Attorney
50 LeMay Plaza South
Maxwell AFB AL  36112
Telephone: (334) 953-2786
Fax: 334-953-2787
E-Mail: Reese.Hays@maxwell.af.mil

### CERTIFICATE OF SERVICE

I hereby certify that on this date of September 12, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

s/REESE H. HAYS III
REESE H. HAYS III
Special Assistant U.S. Attorney
50 LeMay Plaza South
Maxwell AFB, AL  36112
Telephone:  334-953-2786
Fax: 334-953-2787
E-Mail: Reese.Hays@maxwell.af.mil

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CR. NO. 2:07-cr-16-SRW** |
| ) | |
| **JOSEPHINE MURRY** ) | |

## ORDER

Upon consideration of Government's Motion to Withdraw filed on September 12, 2007, it is ORDERED that the motion is GRANTED.

DONE, this ____ day of _____, 2007.

/s/Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE