IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:07-CR-16-SRW** |
| | ) | |
| **JOSEPHINE MURRY** | ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

NOW COMES the Defendant, Josephine Murry, by and through the undersigned counsel, Kevin L. Butler, and pursuant to 18 U.S.C. § 3161(h), and respectfully moves this Court to move this matter from the November 5, 2007 trial docket. In support of this Motion, defendant would show:

1. A continuance is essential to permit time to further investigate this case and continue negotiations with the Government to determine whether this matter will be resolved without a trial.

2. Further, undersigned counsel is expecting his first child this week. After the birth of the child undersigned counsel is scheduled to take two weeks paternity leave.

3. Government counsel does not oppose this Motion.

WHEREFORE, Defendant respectfully requests that this Motion be granted.

Dated this 17th day of October, 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:07-CR-16-SRW** |
| | ) | |
| **JOSEPHINE MURRY** | ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 17, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson
Assistant U.S. Attorney
One Court Street, Suite 201
Montgomery, AL 36104

Satura McPherson
Special Assistant U.S. Attorney
50 LeMay Plaza South
Maxwell AFB, AL 36112

      Respectfully submitted,


      s/ Kevin L. Butler
      KEVIN L. BUTLER
      First Assistant Federal Defender
      201 Monroe Street, Suite 407
      Montgomery, Alabama 36104
      Phone: (334) 834-2099
      Fax: (334) 834-0353
      E-mail: kevin_butler@fd.org
      AZ Bar Code: 014138