IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:07-cr-16-SRW |
| ) | |
| JOSEPHINE MURRY  ) | |

### MOTION TO WITHDRAW AND SUBSTITUTE

**COMES NOW** Christopher D. James and enters the withdrawal of Satura McPherson as government counsel in the above-captioned case. On the scheduled trial date of January 14, 2008, Ms. McPherson will be unavailable due to previously required training attendance. I, Christopher D. James, will be the designated government representative on which service may be made.

Dated this 6th day of December, 2007.

Respectfully submitted,

**/s/ Christopher D. James**
CHRISTOPHER D. JAMES
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone: (334) 953-2786
Fax: (334) 953-2787
E-Mail: Christopher.James@Maxwell.af.mil

### CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

**/s/ Christopher D. James**
CHRISTOPHER D. JAMES
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, Alabama  36112-6334
Telephone: (334) 953-2786
Fax: (334) 953-2787
E-Mail: Christopher.James@Maxwell.af.mil

**MOTION GRANTED**

THIS 10th DAY OF December, 2007

UNITED STATES MAGISTRATE JUDGE