IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-16-SRW |
| | ) | |
| JOSEPHINE MURRY | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, **Reese H. Hays III**, and enters his appearance on behalf of the Plaintiff, United States of America, in the above styled case.

Dated this 7th day of January, 2008.

Respectfully submitted,

**s/REESE H. HAYS III**
REESE H. HAYS III
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB AL  36112-6334
Telephone:  (334) 953-2786
Fax:  (334) 953-2787

CERTIFICATE OF SERVICE

I hereby certify that on this date of January 7, 2008, I have electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to counsel of record.

**s/REESE H. HAYS III**
REESE H. HAYS III
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  334-953-2786/6035
Fax:  334-953-2787